UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHELLE MATHIS,

    Plaintiff,

    v.

Civil Action 2:12-cv-173
Judge George C. Smith
Magistrate Judge E.A. Preston Deavers

BARACK OBAMA, *et al.*,

    Defendants.

## ORDER

This matter is before the Court for consideration of the United States Magistrate Judge's April 25, 2012 Report and Recommendation. (ECF No. 3.) The Magistrate Judge recommended dismissal of this action pursuant to 28 U.S.C. § 1915(e)(2) based upon Plaintiff's failure to attach a complaint to her *in forma pauperis* application and her failure to comply with this Court's Order requiring her to file a complaint within twenty-one days. (ECF Nos. 2 and 3.)

The Report and Recommendation of the Magistrate Judge specifically advises Plaintiff that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to have the district judge review the Report and Recommendation *de novo*." (Report and Recommendation 3, ECF No. 3.) The time period for filing objections to the Report and Recommendation has expired. Plaintiff has neither objected to the Report and Recommendation nor filed a complaint.

The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections expired, the Court **ADOPTS** the Report and Recommendation. Accordingly, Plaintiff's action is **DISMISSED** pursuant to 28 U.S.C. §

1915(e)(2).

        **IT IS SO ORDERED.**

                                          */s/ George C. Smith*  
                                          **GEORGE C. SMITH, JUDGE**  
                                          **UNITED STATES DISTRICT COURT**